TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. State Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: brent.whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$548,953.65 in Bank Funds,<br><br>    Defendant. | No. 8:21-CV-00701<br><br>**VERIFIED COMPLAINT FOR FORFEITURE**<br><br>18 U.S.C. § 981(a)(1)(A) and (C)<br><br>[FBI] |

   The United States of America brings this claim against defendant $548,953.65 in bank funds, and alleges as follows:

**JURISDICTION AND VENUE**

   1.   This is a civil forfeiture action brought pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

   2.   This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

   3.   Venue lies in this district pursuant to 28 U.S.C. § 1395.

**PERSONS AND ENTITIES**

4. Plaintiff in this action is the United States of America.

5. The defendant is $548,953.65 in bank funds (the "subject funds"), which were seized on February 10, 2021 pursuant to a federal seizure warrant from an Orange County Sheriff's Department ("OCSD") trust account (the "subject account"). OCSD held these funds pursuant to civil legal action filed against two accounts at Union Bank in the name of Hal W. Williams Jr. ("Williams") and his spouse Janis R. Williams.

6. The subject funds are currently in the custody of the United States Marshals Service in this District, where they shall remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Williams and Janis R. Williams may be adversely affected by these proceedings.

**BASIS FOR FORFEITURE**

8. This complaint arises from an investigation by the Federal Bureau of Investigation of a fraudulent personal protection equipment[1] ("PPE") scheme using wire transfers to transfer money at the request of the fraudsters.

SUMMARY OF FRAUDULENT SCHEME

9. As set forth in more detail below, co-conspirator Christopher Badsey ("Badsey"), doing business as First Defense International Security Services Corp. ("FDI"), represented to victims that he was selling PPE that was deliverable in short order during a time period when there was an increased demand for PPE, and there was

---

[1] PPE is equipment worn to minimize exposure to hazards that cause serious workplace injuries and illnesses.

2

an international shortage of PPE due to the COVID-19 pandemic. Badsey under false pretenses caused victims to wire money to co-conspirators directly or indirectly through transfers to other accounts, including accounts held by Williams, some of which was then transferred to the OCSD and represented the subject funds.

10. Victims were interviewed and described how they wired money to various accounts under the belief that they were paying a deposit for PPE, including accounts of Williams and Janis R. Williams at Union Bank ("UB"). They were told they could see the inventory once the deposit was received. They arranged for a meeting place to see the inventory and then their appointments to view the inventory were canceled. They never received PPE and were unable to receive a refund.

11. Bank records show that from at least June 17, 2020 through at least July 13, 2020, Williams received at least $2,358,000 of proceeds from the PPE scheme through a transfer of funds from co-conspirators' bank accounts and victims accounts into two bank accounts at UB he maintained with his wife as follows:

| DATE | Bank from | Account from | Amount |
|---|---|---|---|
| 6/17/2020 | Bank of America ("BOA") | FDI | $ 8,000 |
| 6/17/2020 | BOA | FDI | $ 100,000 |
| 6/18/2020 | BOA | FDI | $ 200,000 |
| 7/2/2020 | Wells Fargo Bank ("WFB") | Victim A | $ 1,000,000 |
| 7/13/2020 | BOA | Victim B | $ 1,050,000 |
| | | **TOTAL:** | **$ 2,358,000** |

12.  Bank records show that $1,000,000 of the FDI money deposited into Williams' UB accounts was used to purchase a cashier's check made payable to Badsey which was subsequently deposited into an account at WFB in the name of Badsey. Some of the funds deposited into the WFB accounts were spent on items such as food and hotels, and some of the funds were transferred to Cheri Silva ("Silva"), who spent a significant portion of the funds on personal property and real estate.  There were no disbursements from the WFB accounts that could be identified as being payments toward the purchase of PPE.

13.  Bank records show that $600,000 of the FDI money deposited into William's UB account were used to purchase a cashier's check made payable to Silva, which was deposited into an account at FSNB Bank in the name of Silva. There were no disbursements from the FSNB account that could be identified as being payments toward the purchase of PPE.

4

14. Bank records show that there were three transactions in Williams' UB accounts noted as "Legal Process." These transactions combined totaled disbursements of $555,477.52 from Williams' UB accounts. Investigators traced $548,953.65 of the $555,477.52 to the PPE wire fraud scheme.

15. Investigation determined the funds in Williams' UB account making up the transactions noted as "Legal Process" were transferred to the OCSD as part of a civil lawsuit filed by one of the victims of FDI and were being maintained by the OCSD in the subject account.

16. On February 19, 2021, Badsey voluntarily appeared for an interview at the Los Angeles Field office of the FBI, Orange County Resident Agency. During that interview Badsey admitted to the interviewing agents that he had engaged in a scheme to defraud individuals wanting to purchase PPE. Badsey expressed remorse for having defrauded the victims of the scheme and stated that what he did with the money was wrong, he regretted it, and would make restitution.

17. On March 3, 2021, the FBI interviewed Silva. Silva admitted to receiving over a million dollars from Badsey for no consideration and using that money to purchase personal property such as cars, all terrain vehicles and a boat. She also admitted to using the money to purchase her residence in Robeline, Louisiana, and a restaurant which had not yet opened. Silva stated she was not employed, and her only source of money was from Badsey.

**FIRST CLAIM FOR RELIEF**

18. Based on the above, plaintiff United States of America alleges that the subject funds constitute or are derived from proceeds traceable to violations of 18 U.S.C. § 1343 (wire fraud),

5

which is a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B).  The subject funds are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

**SECOND CLAIM FOR RELIEF**

19.  Based on the above, plaintiff alleges that the subject funds constitute property involved in multiple transactions or attempted transactions in violation of 18 U.S.C. § 1957(a), or property traceable to such property, with the specified unlawful activity being a violation of 18 U.S.C. § 1343 (wire fraud).  The subject funds are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

//
//
//

WHEREFORE, plaintiff United States of America prays:

(a)  that due process issue to enforce the forfeiture of the subject funds;

(b)  that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c)  that this Court decree forfeiture of the subject funds to the United States of America for disposition according to law; and

(d)  for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: April 15, 2021

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/ *Brent A. Whittlesey*
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**VERIFICATION**

I, Heather Campbell, hereby declare that:

1. I am a Special Agent with the Federal Bureau of Investigation and I am a case agent for the forfeiture matter entitled United States v. $548,953.65 in Bank Funds.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 15, 2021 in Los Angeles, California.

HEATHER CAMPBELL
Special Agent
FEDERAL BUREAU OF INVESTIGATION