1  TRACY L. WILKISON
   Acting United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  BRENT A. WHITTLESEY
   California Bar No. 73493
6  Assistant United States Attorney
   Asset Forfeiture Section
7      Federal Courthouse, 14th Floor
       312 North Spring Street
8      Los Angeles, California 90012
       Telephone:  (213) 894-5421
9      Facsimile:  (213) 894-0142
       E-mail:    Brent.Whittlesey@usdoj.gov
10

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12

13              UNITED STATES DISTRICT COURT

14         FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                  SOUTHERN DIVISON

16 UNITED STATES OF AMERICA,          Case No. 8:21-CV-00701

17         Plaintiff,                 WARRANT

18            v.

19 $548,953.65 in Bank Funds,

20         Defendant.

21

22

23

24     TO:  UNITED STATES MARSHALS SERVICE:

25     A Complaint for Forfeiture having been filed in this

26 action,

27     IT IS ORDERED that you seize the defendant, $548,953.65 in

28 Bank Funds, and cause the same to be detained in your custody,

1   or in the custody of a Substitute Custodian, until further

2   notice of the Court.

3          YOU ARE FURTHER ORDERED to file this process in this Court

4   with your return promptly after execution.

6          DATED: _____

9                                    KIRY K. GRAY, Clerk

11                                   _____

12                                   Deputy Clerk