TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-5421
     Facsimile:  (213) 894-0142
     E-mail:   Brent.Whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>              v.<br><br>$548,953.65 IN BANK FUNDS,<br><br>          Defendant. | No. 8:21-cv-00701<br><br>**NOTICE OF RELATED CASES<br>PURSUANT TO LOCAL RULE 83-1.3.1** |

///

///

Pursuant to Local Rule 83-1.3.1, notice is hereby given that this case is related CV 21-02688-MWF (JDEx), *United States v. Certain Real Property Commonly Known as 820 South Main Street Zwolle, Louisiana.*

Dated: April 15, 2021

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


    */s/Brent A. Whittlesey*
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
United States of America