UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **SACV 21-701-MWF (JDEx)** | Date: | **August 3, 2021** |
| Title: | United States of America v. $548,953.65 in Bank Funds | | |

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| | |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE RE: FILING NOTICE OF RELATED CASES

    The government initiated this civil forfeiture action on April 15, 2021. (Complaint (Docket No. 1-1)).  This action is related to several other civil forfeiture actions before this Court:  CV 21-2688, SACV 21-991, SACV 21-701, CV 21-4641, CV 21-5981, and CV 21-4640.

    On June 29, 2021, pro se Claimant Chris J. Badsey filed a motion for return of seized property (the "Motion").  (Docket No. 12).  In opposition to the Motion, the government informed the Court that Claimant Badsey had been indicted for wire fraud and money laundering in *United States v. Badsey*, SACR 21-124-JLS, and that the Indictment seeks criminal forfeiture of the assets derived from the fraud scheme, including assets implicated in this and related civil forfeiture actions.  (*See* Docket No. 14 at 4).

    Pursuant to General Order 21-01, "[p]arties must *promptly* file a Notice of Related Cases in the following circumstances:

> Whenever a civil forfeiture case and a criminal case:  (1) arise from the same or a closely related transaction, happening, or event; (2) call for determination of the same or substantially related or similar questions of law and fact; or (3) involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

G-O 21-01, II.I.1.c (emphasis added).

---

**CIVIL MINUTES—GENERAL**                                                                 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.   **SACV 21-701-MWF (JDEx)**           Date:  **August 3, 2021**
Title:       United States of America v. $548,953.65 in Bank Funds

    Accordingly, the government is **ORDERED** to show cause, in writing, on or before **August 6, 2021**, why the government failed to follow the General Order requiring the filing of a Notice of Related Cases with respect to this action and the six other related civil forfeiture actions.  Or, if appropriate, the government is **ORDERED** to file a Notice of Related Cases on or before **August 6, 2021**.

    IT IS SO ORDERED.